**Fill in this information to identify the case:**

Debtor 1  CANIECE MARIE RHYNE *aka* MARIE RHYNE

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:  WESTERN District of  MISSOURI

Case number  20-40653-btf13

Official Form 410S2

# Notice of Post-petition Mortgage Fees, Expenses, and Charges 12/16

If the debtor's plan provides for payment of post-petition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** LeaderOne Financial Corporation   **Court claim no.** (if known): _____ 10 _____

**Last 4 digits** of any number you use to
identify the debtor's account: 1759

**Does this notice supplement a prior notice of post-petition fees, expenses, and charges?**

☒ No
☐ Yes.  Date of the last notice: ___/___/___

| Part 1: | Itemize Post-petition Fees, Expenses, and Charges |
|---|---|

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed.  Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late Charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | 03/26/2020 (Plan/Case Review – 275); 06/05/2020 (Fee Notice – 50) | (3) | $ 325.00 |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | 05/26/2020 (POC & Pay History) | (5) | $ 625.00 |
| 6. Appraisal/broker's price opinion fee | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify: _____ | | (10) | $ |
| 11. Other. Specify: _____ | | (11) | $ |
| 12. Other. Specify: _____ | | (12) | $ |
| 13. Other. Specify: _____ | | (13) | $ |
| 14. Other. Specify: _____ | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1  <u>Caniece Marie Rhyne *aka* Marie Rhyne</u>                    Case number (*if known*) <u>20-40653-btf13</u>

## Part 2:  Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐  I am the creditor.

☒  I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Executed on date <u>06/05/2020</u>
 MM / DD / YYYY

  <u>/s/ Pamela R. Putnam,  Bar # 61158</u>
 Signature

| | | |
|---|---|---|
| Print | <u>Pamela</u>            <u>R.</u>              <u>Putnam</u> | |
| | First name        Middle name          Last name | |
| Title | <u>Attorney</u> | |
| Company | <u>Martin Leigh PC</u> | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | |
| Address | <u>2405 Grand Blvd,  Suite 410</u>      <u>Kansas City</u>      <u>MO</u>      <u>64108</u> | |
| | Number       Street                          CityState        ZIP Code | |
| Contact phone | <u>816.221.1430</u>        Email    <u>prp@martinleigh.com</u> | |

Official Form 410S2                    Notice of Postpetition Mortgage Fees, Expenses, and Charges                    page 2

# UNITED STATES BANKRUPTCY COURT

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing statement of Mortgage Payment Change Notice was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date:

Date:      06/05/2020

**Chapter 13 Trustee Name:**      Richard Fink

**Chapter 13 Trustee Address:**      Suite 1200, 2345 Grand Blvd., Kansas City, MO 64108-2663

**U.S. Trustee Name:**      Office of the U.S. Trustee

**U.S. Trustee Address:**      400 E. 9th Street, Suite 3440, Kansas City, MO 64106

**Debtor's Counsel Name:**      Ryan A. Blay, Wm Law

**Debtor's Counsel Address:**      15095 W 116th St., Olathe, KS 66049

**Debtor 1 Name:**      Caniece Marie Rhyne

**Debtor 2 Name:**

**Debtor's Mailing Address:**      10608 E 79th Terrace, Raytown, MO, 64138

*/s/ Pamela R. Putnam*, #61158

---